TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, New York 10174
(212) 704-6000
Deborah A. Reperowitz
Joshua A. Berman

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Jay M. Goffman
Mark A. McDermott

       – and –

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
Michael Y. Scudder, Jr.

*Attorneys for Chase Bank USA, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Rusty Haynes,<br>                  Debtor. | Chapter 7<br><br>Case No. 11-23212 (RDD) |
| Rusty Haynes, Individually and On Behalf Of All Others Similarly Situated,<br>                  Plaintiffs,<br>    v.<br>Chase Bank USA, N.A.,<br>                  Defendant. | Adv. Pro. No. 13-08370 (RDD) |

**<u>CHASE BANK USA, N.A.'s MOTION TO WITHDRAW THE REFERENCE</u>**

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

Chase Bank USA, N.A., the defendant in the captioned adversary proceeding respectfully moves the United States District Court for the Southern District of New York for an order, pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules of the Bankruptcy Court, withdrawing the reference of the captioned adversary proceeding to the Bankruptcy Court for the reasons set forth in the accompanying memorandum of law with supporting declaration, which is incorporated herein by reference.

Chase has made no prior request to this Court or to any other court for the relief requested by this Motion. Chase submits this Motion without prejudice to, and without waiver of, any rights, arguments or defenses that Chase might have at law or in equity, including defenses based on lack of subject matter or personal jurisdiction.

WHEREFORE, Chase respectfully requests that the Court enter an Order granting the relief requested herein, and such other and further relief as the Court deems just and proper.

Dated: New York, New York
       February 28, 2014

        Respectfully submitted,

        TROUTMAN SANDERS LLP


By:   */s/Deborah A. Reperowitz*
    Deborah A. Reperowitz
    Joshua A. Berman
    405 Lexington Avenue
    New York, New York 10174

    Jay M. Goffman
    Mark A. McDermott
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    Four Times Square
    New York, New York 10036
    (212) 735-3000

    - and -

    Michael Y. Scudder, Jr.
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    155 North Wacker Drive
    Chicago, Illinois 60606
    (312) 407-0700
    *Attorneys for Chase Bank USA, N.A.*